1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    KEVIN FRANKEN,                              No.  2:19-cv-00954-MCE-AC

12                    Plaintiff,

13         v.

14    MARK ESPER,                                 ORDER

15                    Defendants.

16

17         Plaintiff, proceeding pro se, has filed a civil rights action and paid the filing fee.  ECF No.

18    1.  In his complaint, plaintiff alleges violations of his civil rights by defendant.  The alleged

19    violations took place in Calaveras County, which is part of the Fresno Division of the United

20    States District Court for the Eastern District of California.  See Local Rule 120(d).[1]

21         Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper

22    division of a court may, on the court's own motion, be transferred to the proper division of the

23    court.  Therefore, this action will be transferred to the Fresno Division of the court and the initial

24    scheduling conference currently set for December 4, 2019 in the Sacramento division is

25    VACATED.[2]

26    _____
      [1]  Plaintiff's complaint repeatedly references another case pending in the Fresno Division:
27    Franken v. Esper, 1:18-cv-1687-AWI-EPG.  This case number reflects a collection of several
      related cases.
28    [2]  The undersigned takes no position as to whether service has been properly completed.

                                                1

Good cause appearing, IT IS HEREBY ORDERED that:

1. This action is transferred to the United States District Court for the Eastern District of California sitting in Fresno; and

2. All future filings shall reference the new Fresno case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 2500 Tulare Street
> Fresno, CA 93721

DATED: November 21, 2019

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE