# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN FRANKEN., <br><br> Plaintiff, <br><br> v. <br><br> RYAN D. McCARTHY,[1] SECRETARY OF THE UNITED STATES ARMY <br><br> Defendant. | Case No. 1:19-cv-01655-DAD-BAM <br><br> ORDER CONTINUING INITIAL SCHEDULING CONFERENCE |

Plaintiff Kevin Franken ("Plaintiff"), proceeding pro se, filed the instant action on August 30, 2019. (Doc. No. 1.) A Mandatory Scheduling Conference was set for January 29, 2020. (Doc. No. 7.) On January 22, 2020, Defendant Ryan D. McCarthy, Secretary of the United States Army, specially appeared and filed a Notice of Related Cases pursuant to Local Rule 123 stating that this action is related to *Franken v. Esper,* Case No. 1:18-cv-01687-AWI-EPG. (Doc. No. 9.)

In light of the Notice of Related Cases, the Initial Scheduling Conference is CONTINUED from January 29, 2020, to **February 25, 2020 at 9:30 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe**. A Joint Scheduling Conference Report, carefully prepared and executed by all counsel and/or pro se parties, shall be filed in full compliance with the Order Setting Mandatory Scheduling Conference one (1) full week prior to the Scheduling Conference. A copy of the Joint Scheduling Conference Report shall be e-mailed, in Word format, to bamorders@caed.uscourts.gov. The parties may appear at the conference by

---

[1] Ryan D. McCarthy is now the Secretary of the United States Army. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Ryan D. McCarthy is substituted for Mark Esper as the defendant in this suit.

1

telephone with each party using the following dial-in number and access code: **dial-in number 1-877-411-9748; access code 3219139**.

IT IS SO ORDERED.

   Dated: __**January 23, 2020**__        ___/s/ Barbara A. McAuliffe___
                                                                    UNITED STATES MAGISTRATE JUDGE