# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN FRANKEN,<br><br>Plaintiff,<br><br>v.<br><br>JOHN E. WHITLEY, Acting Secretary of the United States Army,<br><br>Defendant. | Case No. 1:19-cv-01655-AWI-EPG<br><br>ORDER REGARDING NOTICE OF SUBSTITUTION OF DEFENDANT<br><br>(ECF No. 34) |

On May 11, 2021, counsel for Defendants filed a notice that John E. Whitley has replaced Ryan D. McCarthy as Acting Secretary of the United States Army. (ECF No. 34.)

Pursuant to Federal Rule of Civil Procedure 25(d),[1] John E. Whitley, Acting Secretary of the United States Army, is automatically substituted in place of Ryan D. McCarthy. The caption for this case shall therefore be amended as set forth above.

///

///

///

---

[1] The notice cited to Federal Rule of Civil Procedure 26(d)(1) in support of the proposition that John E. Whitley is substituted as defendant, and all further proceedings in this action "shall be in the name of the substituted party." (*See* ECF No. 34.) However, it appears the citation was in error as Rule 25(d) governs substitution of a public officer who ceases to hold office while an action is pending. *See* Fed. R. Civ. P. 25(d).

1

The Clerk of Court is further directed to update the docket to reflect that John E. Whitley, Acting Secretary of the United States Army, has been substituted in place of Ryan D. McCarthy.

IT IS SO ORDERED.

Dated: **May 12, 2021**

/s/ *Erin P. Grosjean*
UNITED STATES MAGISTRATE JUDGE