UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN FRANKEN,<br><br>Plaintiff,<br><br>v.<br><br>JOHN E. WHITLEY, Acting Secretary of the United States Army,<br><br>Defendant. | Case No. 1:19-cv-01655-AWI-EPG<br><br>ORDER REGARDING NOTICE OF SUBSTITUTION OF DEFENDANT<br><br>(ECF No. 44) |

On July 13, 2022, counsel for Defendants filed a notice that Christine E. Wormuth has replaced Jon E. Whitley as Secretary of the United States Army. (ECF No. 44.)

Pursuant to Federal Rule of Civil Procedure 25(d), Christine E. Wormuth, Secretary of the United States Army, is automatically substituted in place of Ryan D. McCarthy. The caption for this case shall therefore be amended as set forth above.

The Clerk of Court is further directed to update the docket to reflect that Christine E. Wormuth, Secretary of the United States Army, has been substituted in place of John E. Whitley. IT IS SO ORDERED.

Dated: **July 14, 2022**         /s/ Erica P. Grosjean
                                  UNITED STATES MAGISTRATE JUDGE

1