1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    KEVIN FRANKEN,                              No.  1:18-cv-01687-DC-CKD

12              Plaintiff,

13         v.                                     ORDER GRANTING THE PARTIES' JOINT
                                                  STIPULATION REQUESTING
14    MARK T. ESPER, [1]                          CONSOLIDATION OF CASES

15              Defendant.                        (Doc. No. 130)

16

17    KEVIN FRANKEN,                              No.  1:19-cv-01655-DC-CKD

18              Plaintiff,                        (Doc. No. 69)

19         v.

20    CHRISTINE E. WORMUTH,

21              Defendant.

22

23         Before the court is the parties' joint stipulation requesting that the court consolidate two

24    employment cases currently pending before the undersigned pursuant to Rule 42(a) of the Federal

25    _____

26    [1] In the court's order entered on July 14, 2022, in *Franken I* (Doc. No. 107), the court ordered the
      caption of this case to be updated to reflect that Christine E. Wormuth is the correct defendant.

27    Because the docket in *Franken I* still reflects a case name of *Franken v. Esper*, the court will
      direct the Clerk of the Court to update the docket to reflect the corrected case name: *Franken v.*

28    *Wormuth.*

                                                   1

1    Rules of Civil Procedure: (i) *Franken v. Esper*, 1:18-cv-01687-DC-CKD ("*Franken I*") (Doc. No.

2    130); and (ii) *Franken v. Wormuth*, 1:19-cv-01655-DC-CKD ("*Franken II*") (Doc. No. 69). The

3    court related and reassigned these cases on January 27, 2020. (*Franken II*, Doc. No. 11.)

4         Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, "[i]f actions before the

5    court involve a common question of law or fact, the court may: (1) join for hearing or trial any or

6    all matters at issue in the actions; (2) consolidate the actions; or (3) issue any other orders to

7    avoid unnecessary cost or delay."  In exercising its discretion, the court "weighs the saving of

8    time and effort consolidation would produce against any inconvenience, delay, or expense that it

9    would cause."  *Huene v. United States*, 743 F.2d 703, 704 (9th Cir. 1984).

10        Here, the court finds that the above-captioned actions involve the same or similar parties,

11   claims, and questions of fact or law, and that consolidation will avoid unnecessary costs and

12   duplication of proceedings. Thus, good cause exists to consolidate these cases.

13        Accordingly,

14   1.    The parties' joint stipulation requesting that the court consolidate cases 1:18-cv-

15         01687-DC-CKD (Doc. No. 130) and 1:19-cv-01655-DC-CKD (Doc. No. 69) is

16         GRANTED;

17         a.    Pursuant to the parties' stipulation, Plaintiff shall file a consolidated

18               complaint by no later than February 7, 2025; and

19         b.    Defendant's response to the consolidated complaint shall be filed by no

20               later than February 28, 2025;

21   2.    The above-referenced cases are hereby consolidated for all purposes, including

22         trial, pursuant to Federal Rule of Civil Procedure 42(a);

23   3.    Going forward, the parties and the Clerk of the Court are directed to file

24         documents under only the lead case number. The Clerk of the Court is directed to

25         administratively close the member case. Future captions should indicate the lead

26         case number followed by the member case numbers as follows:

27         **Lead Case:        1:18-cv-01687-DC-CKD**

28         **Member Case:    1:19-cv-01655-DC-CKD**

1   4.  The Clerk of the Court is directed to update the docket in 1:18-cv-01687-DC-CKD

2       to reflect that, pursuant to the court's July 14, 2022 order (Doc. No. 107), the

3       correct case name is: *Franken v. Wormuth*; and

4   5.  The Clerk of the Court is directed to file this order in each of the above-referenced

5       cases.

6

7

   IT IS SO ORDERED.

8

9  Dated:  **February 4, 2025**          _____

                      Dena Coggins

10                    United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28